IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TRAYON DUNBAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 321-007 |
| ) | |
| TIM WARD, Commissioner; DIRECTOR ) | |
| SHEPPARD; JERMAINE WHITE, Warden; ) | |
| DEPUTY WARDEN WICKER; DEPUTY ) | |
| WARDEN KEITH; and DEPUTY WARDEN ) | |
| BEASLEY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 11th day of May, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE