AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
### *Southern District of Georgia*

TRAYON DUNBAR,

        Plaintiff,

             **V.**

TIM WARD, Commissioner; DIRECTOR SHEPPARD;
JERMAINE WHITE, Warden; DEPUTY WARDEN
WICKER; DEPUTY WARDEN KEITH; and DEPUTY
WARDEN BEASLEY,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 321-007

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of the Court dated May 11, 2021, the Report and Recommendation of the

Magistrate Judge is adopted as the opinion of the Court. Accordingly, Plaintiff's complaint is

dismissed without prejudice, and this civil action stands closed.

May 11, 2021
_____
*Date*



John E. Triplett, Acting Clerk
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020